**FILED**
October 13, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> THOMAS DAILY, ) <br> ) <br> Defendant. ) | Case No. 2:09-cr-413 MCE <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __THOMAS DAILY__ Case 2:09-cr-413 MCE from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  ___   Release on Personal Recognizance

  ___   Bail Posted in the Sum of : _____

  _X_   Unsecured bond in the amount of $100,000, co-signed by defendant's brother w/ brother's signature to be obtained by 4pm on 10/19/09

  ___   Appearance Bond with 10% Deposit

  ___   Appearance Bond secured by Real Property

  ___   Corporate Surety Bail Bond

  _X_   (Other) Pretrial conditions/supervision;

Issued at __Sacramento, CA__ on __10/13/09__ at __2:47 p.m.__

By _____
Kimberly J. Mueller,
United States Magistrate Judge