1

**J. DAVID NICK, Esq.** (SB#157687)

2
345 Franklin Street
San Francisco CA, 94102

3
Tel: (415) 552-4444
Fax: (415) 358-5897

4


5
**EDITTE  LERMAN** (SB#241471)

6
695 South Dora Street
Ukiah, CA 95482

7
Tel: (707) 937-1711
Fax: (707) 937-2207

8

Attorneys for Defendant

9
THOMAS JOSEPH DAILY

10

11
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

12
SACRAMENTO DIVISION

13
\* \* \* \* \* \*

14
UNITED STATES OF AMERICA,           )   CASE NO.:  09-CR-00413-MCE-5
                                    )
15                                  )
                Plaintiff,          )   **EX PARTE APPLICATION FOR**
16                                  )   **SUBSTITUTION OF COUNSEL**
                vs.                 )
17                                  )
                                    )
18   HEINEN et al                   )
                                    )
19                                  )
                Defendants.         )
20   _____  )

21

22
    PLEASE TAKE NOTICE that Defendant, THOMAS JOSEPH DAILY, hereby requests an

23
order substituting J. David Nick, as his lead attorney of record, and E.D. Lerman, as his associate

24
attorney of record in the above entitled action.  This application is based upon the attached

25
declaration of counsel.

26

1

Respectfully submitted,

2

Date: December 22, 2009                      ------------------/s/------------------

3
                                             J. David Nick
                                             Attorney for defendant
4
                                             THOMAS JOSEPH DAILY

5

6
                            DECLARATION OF COUNSEL

7
     I, J. David Nick, am an attorney licensed to practice in the State of California.

     Attorney E. D. Lerman is also an attorney licensed to practice in the State of California.
8

     Both J. David Nick and E.D. Lerman have been admitted to practice law within the United
9

10
States District Court, Eastern District of California.

11
     On, December 21, 2009, Defendant, THOMAS JOSEPH DAILY, retained attorney J.

12
David Nick as his lead attorney of record, and E.D. Lerman as his associate attorney of record in

13
the above entitled action.

14
     It is Defendant, THOMAS JOSEPH DAILY's wish that attorney Ronald James Peters be

15
relieved as his attorney of record and J. David Nick be substituted as his lead attorney of record,

16
and E.D. Lerman as his associate attorney of record in the above entitled action.

17
     For the forgoing reasons, Defendant, THOMAS JOSEPH DAILY, hereby requests an

18
Order relieving Ronald James Peters as his attorney of record and substituting J. David Nick as

19
his lead attorney of record, and E.D. Lerman as his associate attorney of record in the above

20
entitled action.

21
I declare under penalty of perjury that the foregoing is true and correct and that this
declaration was executed this 22nd day of December, 2009, at Mendocino, California.

22

--------------/s/-------------------
23
J. David Nick

24

25

26

1

2                                ORDER

3       Satisfactory proof having been made and good cause appearing,

4       IT IS ORDERED THAT:

5       Plaintiff's application for substitution of counsel is granted;

6       Ronald James Peters is relieved the attorney of record for Defendant, THOMAS JOSEPH

7  DAILY.

8       J. David Nick is substituted as lead attorney of record, and E.D. Lerman as associate

9  attorney of record for Defendant, THOMAS JOSEPH DAILY, in the above entitled action.

10

11  DATED: December 24, 2009

12                                    _____
                                      MORRISON C. ENGLAND, JR
13                                    UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26                               Page 3 of 3
                 EX PARTE APPLICATION FOR SUBSTITUTION OF COUNSEL