**E.D. Lerman, Esq.** (SB#241471)
695 S. Dora Street
Ukiah, CA 95482
Tel :(707) 937-1711
Fax:(707) 937-2209

Attorney for Defendant
**Thomas Daily**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | | |
|---|---|---|
| THE UNITED STATES | ) | Case No. 09-cr-00413-MCE |
| | ) | |
| Plaintiffs, | ) | **STIPULATION & ORDER FOR CONTINUANCE OF DEFENDANT'S SURRENDER DATE** |
| v. | ) | |
| CHRISTOPH HEINEN, LAURA HEINEN AND THOMAS DAILY, | ) ) ) | |
| Defendant. | ) | |

## **STIPULATION**

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Michael M. Beckwith, Assistant U.S. Attorney; and, Defendant, Thomas Daily, through his attorney, Editte Lerman, to continue defendant's surrender date, due to family matters:

That the July 19, 2012, surrender date shall be vacated, and that Defendant, Thomas Daily, shall surrender himself into custody of the United States on August 2, 2012.

Respectfully submitted,

Dated:  July 11, 2012


-------------------/S/-------------------
Editte Lerman
Attorney for Defendant
**Thomas Daily**


Dated:  July 17, 2012


-------------------/S/-------------------
Laurel. J. Montoya
Assistant United States Attorney

<u>ORDER</u>

Satisfactory proof having been made and good cause appearing,

IT IS ORDERED THAT:

The surrender date of defendant, Thomas Daily, is continued from July 19, 2012, to August 2, 2012 at 2:00 p.m.

The parties are cautioned that no further extensions of the surrender date will be accepted by the court, stipulated or otherwise.

Dated: July 17, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE